### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------x
In re:                                                  :
                                                        :     Chapter 13
    DIANE L. LIGHTY,                 :
                                                        :     Bankruptcy No. 17-18415 (JKF)
              Debtor.  :
---------------------------------------------------------x

## PRAECIPE TO WITHDRAW OBJECTION
## TO CONFIRMATION OF THE PLAN

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to the Confirmation of the Plan (Docket No. 30) filed by the City of Philadelphia on November 28, 2018.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: January 14, 2019     By:     */s/ Joshua Domer*
                                    JOSHUA DOMER
                                    Assistant City Solicitor
                                    PA Attorney I.D. 319190
                                    Attorney for the City of Philadelphia
                                        and/or
                                    Water Revenue Bureau
                                    City of Philadelphia Law Department
                                    Municipal Services Building
                                    1401 JFK Boulevard, 5th Floor
                                    Philadelphia, PA 19102-1595
                                    215-686-0519 (phone)
                                    Email: Joshua.Domer@phila.gov