United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 17-18415-jkf
Diane L Lighty                                                      Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Randi              Page 1 of 2              Date Rcvd: Nov 06, 2019
                              Form ID: pdf900          Total Noticed: 30
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 08, 2019.
```
db             +Diane L Lighty,    2433 South Edgewood Street,    Philadelphia, PA 19142-3201
14028341       +Chase Card,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
14028342       +Cw Nexus Credit Card,    101 Crossways Park Dr W,    Woodbury, NY 11797-2020
14028346       +KML Law Group,    Suite 5000 - Mellon Independence Ctr.,    701 Market Street,
                 Philadelphia, PA 19106-1538
14028351       +PGW,    1112 7th Ave,    Monroe, WI 53566-1364
14060192        Pinnacle Credit Services, LLC its successors and,    assigns as assignee of North Star,
                 Capital Acquisition LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
14213528       +U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE P,    211 North Front Street,
                 Harrisburg, PA 17101-1406
14126342       +US Bank NA,    c/o Kevin G. McDoanld, Esquire,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Nov 07 2019 03:54:20     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 07 2019 03:53:52
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 07 2019 03:54:13     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: megan.harper@phila.gov Nov 07 2019 03:54:20     City of Philadelphia,
                 City of Philadelphia Law Department,    c/o Joshua Domer,    1401 JFK Blvd. 5th Floor,
                 Philadelphia, PA  19102
cr             +E-mail/Text: blegal@phfa.org Nov 07 2019 03:54:04     Pennsylvania Housing Finance Agency,
                 211 North Front Street,    Harrisburg, PA 17101-1406
14028338       +E-mail/Text: bankruptcy@sccompanies.com Nov 07 2019 03:54:37     Ashro,    1112 7th Ave,
                 Monroe, WI 53566-1364
14041046       +E-mail/Text: bankruptcy@sccompanies.com Nov 07 2019 03:54:37     Ashro Lifestyle,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
14236964        E-mail/Text: megan.harper@phila.gov Nov 07 2019 03:54:19     City of Phila,    c/o JOSHUA DOMER,
                 Municipal Services Building,    1401 JFK Boulevard, 5th Floor,    Philadelphia, PA 19102-1595
14111622        E-mail/Text: megan.harper@phila.gov Nov 07 2019 03:54:20     City of Philadelphia,
                 Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
14028339       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 07 2019 03:49:03     Capital One,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14028344       +E-mail/Text: electronicbkydocs@nelnet.net Nov 07 2019 03:54:06     Dept Of Ed/582/nelnet,
                 Attn: Claims/Bankruptcy,    Po Box 82505,    Lincoln, NE 68501-2505
14028343       +E-mail/Text: electronicbkydocs@nelnet.net Nov 07 2019 03:54:06     Dept Of Ed/582/nelnet,
                 121 S 13th St,    Lincoln, NE 68508-1904
14029577        E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 07 2019 03:54:09     Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
14028345        E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 07 2019 03:54:09     Jefferson Capital Systems, LLC,
                 16 Mcleland Rd,    Saint Cloud, MN 56303
14060193        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 07 2019 03:50:02
                 LVNV Funding, LLC its successors and assigns as,    assignee of Arrow Financial Services,,
                 LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14040893       +E-mail/Text: bankruptcydpt@mcmcg.com Nov 07 2019 03:54:01     MIDLAND FUNDING LLC,
                 PO BOX 2011,    WARREN MI 48090-2011
14028347       +E-mail/Text: bankruptcydpt@mcmcg.com Nov 07 2019 03:54:01     Midland Funding,
                 Attn: Bankruptcy,    Po Box 939069,    San Diego, CA 92193-9069
14028349       +E-mail/Text: bankruptcy@sccompanies.com Nov 07 2019 03:54:37     Midnight Velvet,
                 1112 7th Ave,    Monroe, WI 53566-1364
14041044       +E-mail/Text: bankruptcy@sccompanies.com Nov 07 2019 03:54:37     Midnight Velvet,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
14032383        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 07 2019 03:49:00
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14028350       +E-mail/Text: blegal@phfa.org Nov 07 2019 03:54:03     Pa Housing Finance Age,    Po Box 8029,
                 Harrisburg, PA 17105-8029
14028352        E-mail/Text: megan.harper@phila.gov Nov 07 2019 03:54:20     Water Revenue Bureau,
                 1401 JFK Blvd.,    Philadelphia, PA 19102-1663
                                                                                              TOTAL: 22
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

14028340*      +Capital One,    Attn: General Correspondence/Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
14028348*      +Midland Funding,    Attn: Bankruptcy,    Po Box 939069,    San Diego, CA 92193-9069
14051836*      +Midland Funding LLC,    PO Box 2011,    Warren, MI 48090-2011
                                                                                   TOTALS: 0, * 3, ## 0
```

```
District/off: 0313-2           User: Randi              Page 2 of 2                  Date Rcvd: Nov 06, 2019
                               Form ID: pdf900          Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2019 at the address(es) listed below:

```
          DAVID M. OFFEN    on behalf of Debtor Diane L Lighty dmo160west@gmail.com,
           davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
          FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          JOSHUA  DOMER    on behalf of Creditor   City of Philadelphia joshua.domer@phila.gov,
           karena.blaylock@phila.gov
          KEVIN G. MCDONALD    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE
           PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
          LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
           dmaurer@pkh.com;mgutshall@pkh.com
          POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com,
           ecf_frpa@trustee13.com
          POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com,
           ecf_frpa@trustee13.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Pennsylvania Housing Finance Agency
           bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE
           PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 11
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                :

DIANE L  LIGHTY

                                                                                                   : Chapter 13

         Debtor(s)                             : Bankruptcy No. 17-18415JKF

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is **ORDERED** that the case is **DISMISSED**.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the date of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

BY THE COURT

*Jean K. FitzSimon* (signature)

**Date: November 6, 2019**                    Jean K. FitzSimon, B. J.